NJM:sja

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| VERNON HILL and RHAKIA McCLINTON, | ) | |
| Independent Co-Administrators of the Estate of | ) | |
| NERIAH HILL, deceased, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT AT LAW

Now come the plaintiffs, VERNON HILL and RHAKIA McCLINTON, Independent Co-Administrators of the Estate of NERIAH HILL, deceased, and complaining of the UNITED STATES OF AMERICA, say:

## COMMON ALLEGATIONS

1.      At all times herein mentioned, the Chicago Family Health Center was a facility operated as a Federally Supported Health Center pursuant to 42 USCS§254b, rendering healthcare, including prenatal care, at 9119 S. Exchange Avenue in Chicago, Illinois.

2.      At all times herein mentioned, Dr. Marjorie Michel was a physician duly licensed to practice medicine in the State of Illinois and she was deemed an employee of the aforesaid Chicago Family Health Center, pursuant to 42 USCS§ 233g.

3.      Pursuant to the Federal Torts Claim Act notices of the claims hereinafter set forth (Standard Form 95) were duly served upon the United States of America on March 1, 2016, on behalf of each of the next-of-kin of Neriah Hill.

4.      As the consequence of the foregoing, the Court has exclusive jurisdiction to decide the claims hereinafter set forth, as provided by 42 USCS § 233 (a) and (g).

5.      The plaintiffs are the Co-Administrators of the Estate of Neriah Hill, who died on August 24, 2014, pursuant to Letters of Office granted them by the Probate Division of the Circuit Court of Cook County, Illinois, and they bring the causes of action set forth herein pursuant to the authority of said Letters of Office.

6.      Neriah Hill left surviving her as her only heirs and next-of-kin:

> Rhakia McClinton, her mother
> Vernon Hill, her father
> Mark Johnson, her minor brother
> Ahrianna Mitchell, her minor sister
> Saniah Mitchell, her minor sister
> Jahkiyla Hill, her minor sister

The causes of action hereinafter set forth have accrued to each of the aforesaid next-of-kin of Neriah Hill as the proximate result of her death.

7.      On and before August 24, 2014 the plaintiff, Rakia McClinton was pregnant with Neriah Hill with an estimated delivery date of September 2, 2014.

8.      On August 22, 2014, Rakia presented with complaints of abdominal pain at the Chicago Family Health Center and was examined by the aforesaid Dr. Marjorie Michel at which time Neriah Hill, in utero, was viable.

9.      On August 22, 2014, it was the duty of Dr. Marjorie Michel to conduct a prenatal examination that included a complete evaluation Rakia McClinton to determine the cause of her

complaints of abdominal pain. Further, it was the duty of the aforesaid Dr. Marjorie Michel to conduct a pelvic examination to assess dilation, effacement and presentation. Further, it was the duty of the said Dr. Marjorie Michel to assess the fetal heart rate.

10. On August 22, 2014, in regard to the prenatal care being rendered by Dr. Marjorie Michel, she was negligent in that:

     a.    She failed to conduct a complete evaluation of Rakia McClinton's complaints of abdominal pain; and/or

     b.    She failed to conduct a pelvic examination to assess dilation, effacement and presentation; and/or

     c.    She failed to assess the fetal heart rate of Neriah Hill.

11. On August 22, 2014, Rakia McClinton was, in fact, presenting with an abruption of the placenta as the proximate cause of which Neriah Hill died on August 24, 2014.

12. But for the aforesaid negligent acts and omissions of Dr. Marjorie Michel, Neriah Hill, through timely intervention, as a viable fetus, would have been delivered as an infant in good health.

## COUNT I (CLAIM OF VERNON HILL)

Now come the plaintiffs, VERNON HILL and RHAKIA McCLINTON, as Independent Co-Administrators of the Estate of NERIAH HILL, deceased, and complaining of the UNITED STATES OF AMERICA, say:

1-12. The plaintiffs repeat and reallege paragraphs 1 through 12 of the common allegations of this complaint as if fully set forth herein.

13. Vernon Hill is the father of Neriah Hill and he has suffered the loss of her society and companionship and grief as a result her death.

WHEREFORE, the plaintiffs, VERNON HILL and RHAKIA McCLINTON, as Independent Co-Administrators of the Estate of NERIAH HILL, deceased, demand judgment against the defendant, UNITED STATES OF AMERICA, on behalf of Vernon Hill in the sum of $5,000,000 (Five Million) DOLLARS.

## COUNT II (CLAIM OF RHAKIA McCLINTON)

Now come the plaintiffs, VERNON HILL and RHAKIA McCLINTON, as Independent Co-Administrators of the Estate of NERIAH HILL, deceased, and complaining of the UNITED STATES OF AMERICA, say:

1-12.   The plaintiffs repeat and reallege paragraphs 1 through 12 of the common allegations of this complaint as if fully set forth herein.

13.     Rhakia McClinton is the mother of Neriah Hill and she has suffered the loss of her society and companionship and grief as a result her death.

WHEREFORE, the plaintiffs, VERNON HILL and RHAKIA McCLINTON, as Independent Co-Administrators of the Estate of NERIAH HILL, deceased, demand judgment against the defendant, UNITED STATES OF AMERICA, on behalf of Rhakia McClinton in the sum of $5,000,000 (Five Million) DOLLARS.

## COUNT III (CLAIM OF MARK JOHNSON)

Now come the plaintiffs, VERNON HILL and RHAKIA McCLINTON, as Independent Co-Administrators of the Estate of NERIAH HILL, deceased, and complaining of the UNITED STATES OF AMERICA, say:

4

1-12.    The plaintiffs repeat and reallege paragraphs 1 through 12 of the common allegations of this complaint as if fully set forth herein.

13.    Mark Johnson is the brother of Neriah Hill and he has suffered the loss of her society and companionship and grief as a result her death.

WHEREFORE, the plaintiffs, VERNON HILL and RHAKIA McCLINTON, as Independent Co-Administrators of the Estate of NERIAH HILL, deceased, demand judgment against the defendant, UNITED STATES OF AMERICA, on behalf of Mark Johnson in the sum of $5,000,000 (Five Million) DOLLARS.


**COUNT IV (CLAIM OF AHRIANNA MITCHELL)**

Now come the plaintiffs, VERNON HILL and RHAKIA McCLINTON, as Independent Co-Administrators of the Estate of NERIAH HILL, deceased, and complaining of the UNITED STATES OF AMERICA, say:

1-12.    The plaintiffs repeat and reallege paragraphs 1 through 12 of the common allegations of this complaint as if fully set forth herein.

13.    Ahrianna Mitchell is the sister of Neriah Hill and she has suffered the loss of her society and companionship and grief as a result her death.

WHEREFORE, the plaintiffs, VERNON HILL and RHAKIA McCLINTON, as Independent Co-Administrators of the Estate of NERIAH HILL, deceased, demand judgment against the defendant, UNITED STATES OF AMERICA, on behalf of Ahrianna Mitchell in the sum of $5,000,000 (Five Million) DOLLARS.

## COUNT V (CLAIM OF SANIAH MITCHELL)

Now come the plaintiffs, VERNON HILL and RHAKIA McCLINTON, as Independent Co-Administrators of the Estate of NERIAH HILL, deceased, and complaining of the UNITED STATES OF AMERICA, say:

1-12. The plaintiffs repeat and reallege paragraphs 1 through 12 of the common allegations of this complaint as if fully set forth herein.

13. Saniah Mitchell is the sister of Neriah Hill and she has suffered the loss of her society and companionship and grief as a result her death.

WHEREFORE, the plaintiffs, VERNON HILL and RHAKIA McCLINTON, as Independent Co-Administrators of the Estate of NERIAH HILL, deceased, demand judgment against the defendant, UNITED STATES OF AMERICA, on behalf of Saniah Mitchell in the sum of $5,000,000 (Five Million) DOLLARS.

## COUNT VI (CLAIM OF JAHKIYLA HILL)

Now come the plaintiffs, VERNON HILL and RHAKIA McCLINTON, as Independent Co-Administrators of the Estate of NERIAH HILL, deceased, and complaining of the UNITED STATES OF AMERICA, say:

1-12. The plaintiffs repeat and reallege paragraphs 1 through 12 of the common allegations of this complaint as if fully set forth herein.

13. JAHKIYLA HILL is the sister of Neriah Hill and she has suffered the loss of her society and companionship and grief as a result her death.

WHEREFORE, the plaintiffs, VERNON HILL and RHAKIA McCLINTON, as Independent Co-Administrators of the Estate of NERIAH HILL, deceased, demand judgment

against the defendant, UNITED STATES OF AMERICA, on behalf of Jahkiyla Hill in the sum

of $5,000,000 (Five Million) DOLLARS.

Respectfully Submitted,

VERNON HILL and RHAKIA McCLINTON, Independent Co-Administrators of the Estate of NERIAH HILL, deceased

S/Nicholas J. Motherway
By: NICHOLAS J. MOTHERWAY

MOTHERWAY & NAPLETON, LLP
140 S. Dearborn, Suite 1500
Chicago, IL 60603
(312) 726-2699
For service by email:
    nmotherway@mnlawoffice.com
    salirie@mnlawoffice.com
    fdesk@mnlawoffice.com